People of the State of Illinois ex rel. Howard A. Boender, Appellant, v. William F. Propper, Appellee.

Gen. No. 41,589.

Heard in second division, first district, this court at December term, 1940; opinion filed December 30, 1941. William Jacobs, for appellant; Arthur E. Dillner, Wm. F. Donahue and O. I. Lewis, of counsel; Herbert A. Ellis, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''